David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, TRAVIS VANOOSTENDORP*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| TRAVIS VANOOSTENDORP, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC, BANK OF AMERICA, N.A., <br><br> Defendants. | Case No. 2:18-cv-02121-RFB-DJA <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>BANK OF AMERICA, N.A. ONLY</u>** |

Plaintiff TRAVIS VANOOSTENDORP and Defendant, BANK OF AMERICA, N.A., hereby stipulate and agree that the above-entitled action

…

…

…

…

…

…

…

shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, BANK OF AMERICA, N.A.**. Each party shall bear its own attorney's fees, disbursements, and costs of suit.

Dated: September 23, 2019

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff,*<br>*TRAVIS VANOOSTENDORP* | /s/ Rex D. Garner, Esq.<br>Rex D. Garner, Esq.<br>AKERMAN LLP<br>1635 Village Center Circle<br>Suite 200<br>Las Vegas, NV 89134<br>*Attorney for Defendant,*<br>*BANK OF AMERICA, N.A.* |

**ORDER**

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 24th day of September, 2019.